UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

MICHAEL REASON                                                Case No.:12-13983-JKO
DIANA REASON                                                  Chapter 13

        Debtor(s).
_____/

## MOTION TO DISMISS CO-DEBTOR, ROBIN ELSMORE-ACOSTA, FROM CHAPTER 13 CASE WITHOUT PREJUDICE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

COME(S) NOW the Co-Debtor(s), Diana Reason, by and through the undersigned attorney, and moves this Court to Dismiss the Chapter 13 Case Without Prejudice and in support thereof states as follows:

1. The Debtor(s) filed for Chapter 13 bankruptcy protection on February 18, 2012.

2. The Debtor allowed the mortgage company on the Debtors primary property to obtain relief from the automatic stay in the instant proceeding.

3. The Debtor now wish to participate in the Court's MMM program but cannot under the current case due the relief from stay obtained by the mortgage company.

4. The Debtor wishes to file a new case to participate in the program.

5. The MMM Program did not exist in 2012 when the Debtor filed for bankruptcy.

6. As relief has been granted, the Debtor is not eligible to participate in the current proceeding.

7. The Debtor has been working with the bank for a loan modification but has run out of time as now there is a foreclosure sale on February 12, 2015.

8. Based on the Debtor's finances, it appears that the debtors have a good chance of obtaining a loan modification and is ready and able to resume making monthly

mortgage payments.

9. However, should the motion be denied, the Debtor wishes to continue on in his existing case.

WHEREFORE, the Debtor(s) request(s) the Court to enter an Order Dismissing the Chapter 13 Case without Prejudice as to the Co-Debtor only, Diana Reason.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Court Generated Notice of Hearing were served in the manner described below, on  January 14, 2015 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF:

Kevin A Comer on behalf of Creditor U.S. Bank National Association
bkfiling@consuegralaw.com

Bertis A Echols on behalf of Creditor Regions Bank
bechols@evanspetree.com, belvert@evanspetree.com

Gerard M Kouri Jr., Esq on behalf of Creditor Fifth Third Bank
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Mitchell J. Nowack, Esq. on behalf of Debtor Michael G. Reason
ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com

Mitchell J. Nowack, Esq. on behalf of Joint Debtor Diana A. Reason
ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dean R. Prober, Esq. on behalf of Creditor Bank of America, N.A
cmartin@pralc.com

Anila Rasul on behalf of Creditor U.S. Bank National Association
arasul@rasflaw.com, bankruptcy@rasflaw.com

Wayne B Spivak on behalf of Creditor JPMorgan Chase Bank, National Association
bkfl@albertellilaw.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

<u>Via US Mail</u>:

All other parties of record

        *Law Offices of*
        **NOWACK & OLSON, PLLC**
        Attorney for Debtor(s)
        8551 Sunrise Blvd., Suite 208
        Plantation, FL 33322
        **(305) 698-2265**

        /s/ Mitchell J. Nowack
        **MITCHELL J. NOWACK, ESQ.**
        Florida Bar Number: 099661